UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK MORTELL, et al.,<br><br>    Defendants. | Case No.  14-cv-02373-KAW<br><br>ORDER TO SHOW CAUSE TO DEFENDANTS RICK MORTELL, DARLENE MORTELL, AND ERIKA MORTELL; ORDER SETTING CASE MANAGEMENT CONFERENCE |

On August 19, 2014, the Court held the initial case management conference, where Defendant Rick Mortell (a/k/a Eric Mortell) appeared, and set a case management conference for December 16, 2014. (Minute Entry, Dkt. No. 30.)  At that the initial CMC, Rick Mortell was again informed by the Court that, as a pro se litigant that is not licensed to practice law in this district, he could not appear on behalf of his co-defendants Darlene Mortell and Erika Mortell.

Defendants did not file a case management conference statement on or before December 9, 2014 as ordered, and none of the defendants appeared at the December 16, 2014 case management conference.

The Court has repeatedly advised that Defendants obtain counsel in this matter due to the naming of corporate entities, one of which is currently in default.  Defendants have not, to the Court's knowledge, obtained counsel.  Thus, all Defendants were required to appear at the case management conference.

Accordingly, Defendants Rick Mortell, Darlene Mortell, and Erika Mortell are separately ORDERED TO SHOW CAUSE, in writing, no later than **January 23, 2015**, why they should not each pay monetary sanctions in the amount of $500 for their failure to appear at the case management conference.

Additionally, the Court orders Defendants Rick Mortell, Darlene Mortell, and Erika Mortell to personally appear at the next case management conference to be held on **February 17, 2015** at 1:30 p.m. at the U.S. District Court, 1301 Clay Street, Oakland, California. A joint case management conference statement is due on or before February 10, 2015. Any failure to appear may result in the Court entering default against Defendants Rick Mortell, Darlene Mortell, and Erika Mortell for failure to defend pursuant to Federal Rule of Civil Procedure 55.

IT IS SO ORDERED.

Dated: December 18, 2014

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge