Donald G. Walker (SB#135758)
99 Elm Ave
Larkspur CA 94939
Telephone: 415 479 1176
Attorney for Plaintiff Kristine Barnes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE BARNES<br><br>                Plaintiff,<br><br>vs.<br><br>RICK MORTELL also known as ERIC MORTELL; DARLENE MORTELL; ERIKA MORTELL; BAY ISLANDS ENTERPRISES, INC.; BAY ISLANDS ENTERPRISES INVESTMENTS S.A. de C.V. also known as VIVA ROATAN RESORT and/or VIVA WYNDHAM RESORT; and Does 1 to 10 inclusive.<br>                Defendants | Case No. 4:14-cv-02373-KAW<br><br>~~STIPULATION AND~~ ORDER TO CONTINUE SETTLEMENT CONFERENCE |

The parties hereby stipulate as follows:

1. A Settlement Conference is scheduled for January 21, 2015 at 10 a.m. in San Francisco.

2. The requisite discovery has not been completed as plaintiff awaits the Response to Production of Documents from the Defendants and a time for Depositions.

1

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

3. Therefore the parties stipulate to a continuance of the Settlement Conference and a hearing setting the date for the continued Settlement Conference.

Dated: 01/09/14

_____
Donald Walker, Attorney for Plaintiff

Dated: 01/09/14

_____
Defendant Rick Mortell

Dated: 01/09/14

_____
Defendant Darlene Mortell

Dated: 01/09/14

_____
Defendant Erika Mortell

**IT IS SO ORDERED**

Dated: January 12, 2015    _____
Nandor J. Vadas
United States Magistrate Judge

2

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE