UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| KRISTINE BARNES,<br><br>    Plaintiffs,<br><br>v.<br><br>RICK MORTELL, et al.,<br><br>    Defendants. | Case No.  14-cv-02373-KAW   (NJV)<br><br>**ORDER SETTING SCHEDULING CONFERENCE** |

This case is HEREBY SET for a telephonic scheduling conference February 17, 2015, at 1:00 p.m.  The parties shall attend the scheduling conference by dialing 888-684-8852 and entering access code 1868782.  The purpose of the scheduling conference is to set a new date for a settlement conference.

**IT IS SO ORDERED**.

Dated: January 13, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge