UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE BARNES,<br><br>    Plaintiff,<br><br>v.<br><br>RICK MORTELL, et al.,<br><br>    Defendants. | Case No. 14-cv-02373-KAW<br><br>ORDER TO SHOW CAUSE TO DEFENDANT RICK MORTELL FOR FAILURE TO APPEAR AT THE JUNE 18, 2015 DEPOSITION |

On May 26, 2015, the Court held a case management conference, where Defendant Rick Mortell (a/k/a Eric Mortell) appeared. At the hearing, Defendant was advised of his obligation to appear at his properly noticed deposition on June 18, 2015. (*See* 5/26/15 Minute Entry, Dkt. No. 83.)

On June 17, 2015, Plaintiff's counsel made a settlement demand to the defendants through Defendant Darlene Mortell's bankruptcy attorney. (Defs.' 8/3/15 Case Management Conference Statement, Dkt. No. 86 at 4.) On June 18, 2015, Defendant did not appear at the deposition, purportedly because a counter-offer was emailed to Mrs. Mortell's bankruptcy attorney on June 17, 2015 "with the instruction to inform Donald Walker that Eric (Rick) would not be attending the deposition as there was no point since we were trying to arrive at a settlement." *Id.* at 3-4.

Settlement negotiations, however, do not relieve a party of his obligation to appear at a noticed deposition. Mr. Mortell certainly was not entitled to unilaterally cancel his deposition without a stipulation from Mr. Walker, who flew to Texas from California to depose Mr. Mortell. Since Mr. Mortell has been repeatedly advised of his obligation to participate in discovery—including his obligation to appear at the June 18, 2015 deposition—but has continued to neglect

///

this obligation, it is ORDERED that:

1. Rick Mortell shall SHOW CAUSE, in writing, by no later than August 24, 2015, why he should not pay monetary sanctions to reimburse Plaintiff's counsel for the expenses incurred as a result of his failure to appear at the June 18, 2015 deposition.

2. Also by August 24, 2015, Plaintiff's counsel shall file a declaration setting forth his costs and fees incurred for attending the June 18, 2015 deposition at which Mr. Mortell failed to appear.

Failure to comply with this order may result in the imposition of sanctions against Mr. Mortell.

Dated: August 11, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge