UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>RICK MORTELL, et al.,<br><br>    Defendants. | Case No. 14-cv-02373-KAW<br><br>**ORDER SETTING ORDER TO SHOW CAUSE HEARING REGARDING POTENTIAL DISCOVERY SANCTIONS AGAINST DEFENDANT RICK MORTELL**<br><br>Re: Dkt. Nos. 90, 91, 92 |

On June 18, 2015, Defendant Rick Mortell (a/k/a Eric Mortell) failed to appear at his properly noticed deposition in Houston, Texas. On August 12, 2015, the Court issued an order to show cause to Mr. Mortell to explain why he should not pay monetary sanctions to reimburse Plaintiff's counsel for the expenses incurred as a result of his failure to appear at the deposition. (Dkt. No. 90 at 2.) The court also ordered Mr. Walker to file a declaration setting forth his costs and fees incurred for attending the June 18, 2015 deposition. *Id.*

On August 20, 2015, Mr. Walker filed a declaration setting forth the attorneys' fees and costs incurred, which totaled $10,023.00. (Walker Decl., Dkt. No. 91 at 2.) On August 25, 2015, Mr. Mortell timely responded to the order to show cause. (Dkt. No. 92.)

The Court will hold a hearing on the order to show cause on **October 1, 2015** at 11:00 a.m. at 1301 Clay Street, Oakland, California. Should the parties reach a settlement prior to the hearing, Plaintiff shall file a notice of settlement, and the Court will reschedule the hearing to allow the parties sufficient time to file a dismissal.

IT IS SO ORDERED.

Dated: September 2, 2015

                                                          KANDIS A. WESTMORE<br>
                                                        United States Magistrate Judge