UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTINE BARNES,

        Plaintiff,

   v.

RICK MORTELL, et al.,

        Defendants.

Case No.  14-cv-02373-KAW

**ORDER CONTINUING JUNE 16, 2016 HEARING ON ORDER TO SHOW CAUSE; ORDER TO FILE JOINT STATUS REPORT**

On August 12, 2015, the Court issued an order to show cause to Rick Mortell. (Dkt. No. 90.) Plaintiff filed a notice of settlement.  The Court has continued the hearing on the order to show cause to June 16, 2016 to provide the parties time to satisfy the terms of the settlement and file a dismissal. (Dkt. No. 104.)  To date, no dismissal has been filed.

On June 10, 2016, the court ordered the parties to file either a joint status report explaining why performance has not occurred and when performance is expected, or a dismissal.

On June 14, 2016, Plaintiff filed a report providing that an offer is expected on the real property this month after which the condition of the confidential settlement would have been performed, and that a dismissal will be filed thereafter. (Dkt. No. 107.)

Accordingly, the hearing scheduled for June 16, 2016 is continued to October 6, 2016. The parties shall file either a dismissal or a joint status report on or before September 16, 2016.

Plaintiff shall immediately furnish Mr. Mortell with a copy of this order.

IT IS SO ORDERED.

Dated: June 15, 2016

_KANDIS A. WESTMORE_
United States Magistrate Judge

United States District Court
Northern District of California