UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE BARNES,<br><br>   Plaintiff,<br><br> v.<br><br>RICK MORTELL, et al.,<br><br>   Defendants. | Case No. 4:14-cv-02373-KAW<br><br>**ORDER VACATING 3/2/17 HEARING AND DEFERRING RULING ON WELLS FARGO'S TO EXPUNGE NOTICE OF LIS PENDENS; ORDER RE-REFERRING CASE TO SETTLEMENT**<br><br>Re: Dkt. No. 123 |

On May 27, 2014, Plaintiff Kristine Barnes recorded a notice of lis pendens on Defendants' real property located at 110 South Veilwood Circle, The Woodlands, Texas ("Subject Property"), in connection with this lawsuit. On January 20, 2017, Intervenor Wells Fargo filed a motion to expunge the notice of pendency. (Dkt. No. 123.)

Upon review of the moving papers, the Court VACATES the March 2, 2017 hearing and defers ruling on the motion, and orders that the parties and Wells Fargo participate in a further settlement conference with Magistrate Judge Nandor J. Vadas. The settlement conference shall be completed within 90 days, or as soon thereafter as is convenient to Judge Vadas's calendar.

IT IS SO ORDERED.

Dated: March 1, 2017

                _____
                KANDIS A. WESTMORE
                United States Magistrate Judge