UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE BARNES,<br>    Plaintiff,<br>v.<br>RICK MORTELL, et al.,<br>    Defendants. | Case No. 4:14-cv-02373-KAW<br><br>**FOURTH STATUS REPORT ORDER; ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. No. 137 |

On June 21, 2017, the Court expunged the lis pendens on the Mortell residence in The Woodlands, Texas. Pursuant to a stipulation of the parties and lender Wells Fargo Bank, the Mortells were given 180 days to market and sell the subject property, the proceeds of which would provide funds for the settlement and pay off the arrears on the mortgage. (*See* Dkt. No. 135.) On January 11, 2018, long after the 180 day period had passed, the undersigned issued a third joint status report order, and informed the parties that "[i]f performance has not occurred, the parties shall file joint status reports every 45 days until a dismissal is filed." (Dkt. No. 137.) On January 25, 2018, Plaintiff filed a status report and informed the Court that the Mortell residence had not sold, that it remained the only source of funds for the settlement, and that Wells Fargo Bank had initiated foreclosure proceedings with a sale date of March 6, 2018. (Dkt. No. 138). Plaintiff further represented that if the property sold at a foreclosure sale, there would be no funds to pay the settlement and "[t]he case would effectively end." *Id.*

Plaintiff has not, however, filed any status reports since then despite being ordered to do so every 45 days until a dismissal is filed.

Accordingly, Plaintiff is ordered to file a status report on or before **July 13, 2018** explaining whether performance has occurred and, if not, when it is expected, if ever.

Additionally, Plaintiff shall separately SHOW CAUSE why sanctions in the amount of $250.00 should not be imposed against counsel personally for the failure to comply with the third status report order. The January 11, 2018 order requiring the parties to file a joint status report every 45 days until a dismissal is filed remains in effect.

Alternatively, Plaintiff will be excused from filing the status report order, and the order to show cause will be automatically discharged should a dismissal be filed by July 13, 2018.

Plaintiff shall immediately furnish Mr. Mortell with a copy of this order.

IT IS SO ORDERED.

Dated: June 29, 2018

KANDIS A. WESTMORE
United States Magistrate Judge