Donald G. Walker (SB#135758)
99 Elm Ave
Larkspur CA 94939
Telephone: 415 924 9164
Fax: 415 924 9165
Attorney for Plaintiff Kristine Barnes

IT IS SO ORDERED

*Kandis Westmore*

Judge Kandis Westmore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTINE BARNES                          )
                              Plaintiff,  )   Case No. 4:14-cv-02373-KAW
                                          )
            vs.                           )
                                          )
                                          )
RICK MORTELL also known as ERIC           )   NOTICE OF VOLUNTARY DISMISSAL OF
MORTELL; DARLENE MORTELL; ERIKA           )
MORTELL; BAY ISLANDS ENTERPRISES,         )
INC.; BAY ISLANDS ENTERPRISES                 ENTIRE CASE
INVESTMENTS S.A. de C.V. also known as
VIVA ROATAN RESORT and/or VIVA
WYNDHAM RESORT; and Does 1 to 10
inclusive.
                              Defendants

WELLS FARGO BANK N.A.      Intervenor
_____


        To the Court, all Parties, and Counsel:

        This entire case is dismissed with prejudice. All parties to bear their own costs and
fees.



.

Dated July 27, 2018                            *// Donald Walker*
                                                Donald Walker
                                                Attorney for Plaintiff

1

NOTICE OF DISMISSAL of ENTIRE CASE